```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 07 B 07434
     SONYA R JOHNSON
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
     SSN XXX-XX-4567


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/25/2007 and was confirmed 08/30/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 12/04/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
FREMONT INVESTMENT & LOA  CURRENT MORTG        .00              .00             .00
HOMEQ SERVICING CORP      CURRENT MORTG        .00              .00             .00
CALVARY PORTFOLIO SVCS    UNSECURED       NOT FILED             .00             .00
COMCAST                   UNSECURED       NOT FILED             .00             .00
TCF NATIONAL BANK         UNSECURED       NOT FILED             .00             .00
BUSCHBACH                 UNSECURED       NOT FILED             .00             .00
LOYOLA UNIVERSITY PHYNS   UNSECURED       NOT FILED             .00             .00
LOYOLA UNIVERSITY PHYNS   UNSECURED       NOT FILED             .00             .00
LOYOLA UNIVERSITY PHYNS   UNSECURED       NOT FILED             .00             .00
JEROME D CITRON           UNSECURED       NOT FILED             .00             .00
NATIONWIDE CREDIT CO      UNSECURED       NOT FILED             .00             .00
LOYOLA UNIVERSITY HEALTH  UNSECURED       NOT FILED             .00             .00
VILLAGE OF PARK FOREST    UNSECURED          125.00             .00             .00
US DEPARTMENT OF EDUCATI  UNSECURED         3084.35             .00             .00
CAVALRY INVESTMENTS       UNSECURED         5977.92             .00             .00
FREMONT INVESTMENT & LOA  MORTGAGE ARRE        .00              .00             .00
FREMONT INVESTMENT & LOA  NOTICE ONLY    NOT FILED              .00             .00
HOMEQ SERVICING CORP      MORTGAGE ARRE        .00              .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY       1,914.00                         861.18
TOM VAUGHN                TRUSTEE                                             63.82
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                925.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                861.18

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 07434 SONYA R JOHNSON
```

```
TRUSTEE COMPENSATION                                              63.82
DEBTOR REFUND                                                       .00
                                        ----------------  ----------------
TOTALS                                          925.00            925.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                            PAGE   2
        CASE NO. 07 B 07434 SONYA R JOHNSON